# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SANTOS ANTONIO )
GIRON CASTRO, )   Case No. 3:26-cv-00139
)
*Petitioner,* )   District Judge Stephanie L. Haines
)
v. )
)
LEONARD ODDO, JR., *et al.,* )
)
*Respondents.* )
)

## ORDER

**AND NOW** this ___30th___ day of April, 2026, in light of Petitioner's concession that venue lies in the United States District Court for the Middle District of Pennsylvania as Petitioner was detained in that district as of the date of filing of the Petition (ECF No. 1 at 4 ¶ 11), **IT IS ORDERED THAT** the Clerk of Court shall **TRANSFER** the above-captioned action to the Middle District of Pennsylvania pursuant to 28 U.S.C. § 1406 and **CLOSE** this case.[1]

Stephanie L. Haines
United States District Judge

Cc:    Counsel of record
        (Via CM/ECF electronic mail)

---

[1] While Petitioner was detained within this district at one point, he was transferred to FCI-Lewisburg in the Middle District of Pennsylvania on January 30, 2026. (ECF No. 6 at 3). Petitioner filed his Petition on February 2, 2026 (ECF No. 1), while detained at FCI-Lewisburg in the Middle District, thus venue properly lies in the Middle District of Pennsylvania.